## CERTIFICATE OF SERVICE

      I, Matthew Green, Esquire, hereby certify that on this day, a true and correct copy of the foregoing Complaint was served via ECF to the following:

Andrew J. Belli<br>
Steven M. Coren<br>
Two Commerce Square, Suite 3900<br>
2001 Market Street<br>
Philadelphia, PA 19103

                                      /s/*Matthew Green*  
                                      Matthew Green, Esquire

Dated:  December 9, 2020